

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00690-CV

Cody A. **WATERS**,
Appellant

v.

Beth T. **WATERS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09528
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's final decree of divorce entitled "*Possession Order*" is REVERSED, and the cause is REMANDED to the trial court for clarification of the possession order. The remainder of the final decree of divorce is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED December 13, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice